2

Steven A. Alpert, Bar No. 159730
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
(818) 600-5555 Telephone
(818) 600-5455 Fax
E-mail: alpert@pricelawgroup.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Kenneth Carter, Jr. and Trista Carter<br><br><br>Debtors. | Case No: 19-14744<br>Chapter 13<br>Docket Control No.: PLG - 1<br><br>Date:　January 29, 2020<br>Time:　9:00 a.m.<br>Place:　510 19th Street, 2nd Floor<br>　　　　Bakersfield, CA 93301<br>　　　　Judge Clement |

## DEBTORS' MOTION FOR CONFIRMATION OF FIRST MODIFIED CHAPTER 13 PLAN

**TO THE HONORABLE FREDRICK E. CLEMENT, MICHAEL H. MEYER /CHAPTER 13 TRUSTEE, ALL LISTED CLAIMANTS AND ALL OTHER INTERESTED PARTIES:**

COME NOW, KENNETH CARTER, JR. and TRISTA CARTER, DEBTORS HEREIN, and respectfully ask this Court to confirm their First Modified Chapter 13 Plan as follows:

1. Debtors filed Chapter 13 on November 12, 2019, and the meeting of creditors has concluded.

2. A copy of the First Modified Chapter 13 Plan is being sent to all creditors with this motion. The Debtors will seek Confirmation of their First Modified Chapter 13 Plan.

3. The modified plan provides for monthly payments of $4,748.29 for 60 months, providing

100% payment to unsecured creditors on their filed and allowed claims.

4. The modified plan complies with all the provisions of Bankruptcy Code §1325(a), as described in the Debtors' and the attorney's declarations.

**WHEREFORE**, Debtors pray that this Court confirm their First Modified Chapter 13 Plan, and for such other and further relief as is just.

Date: December 20, 2019

_____
Steven A. Alpert,
Attorney for Debtors