Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518
E-mail: cvinson@meyer13.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: | CASE NO. 19-14744-A-13K |
| Kenneth Carter | DC NO.: MHM-1 |
| Trista Carter | CHAPTER 13 PROCEEDING |
| | MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307 |
| Debtors | DATE: January 24, 2020<br>TIME: 9:00 AM<br>PLACE:<br>　U.S. Courthouse<br>　5th Floor, Dept A, Courtroom 11<br>　2500 Tulare Street<br>　Fresno, Ca 93721<br>JUDGE: Hon. Fredrick E. Clement |

**TO THE DEBTORS AND DEBTORS' ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that Michael H. Meyer, Chapter 13 Standing Trustee, will move to **DISMISS FOR CAUSE** the above-referenced case pursuant to §1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

1. Unreasonable delay by the debtor that is prejudicial to creditors. [11 U.S.C. §1307(c)(1)]

2. Failure to file a complete statement of monthly net income. 11 U.S.C. §521(a)(1)(B)(v).

3. Failure to file complete and accurate schedules and statements; i.e. Schedule A/B and Statement of Financial Affairs. [11 U.S.C §521] and/or F.R.B.P 1007.

-1-

4. Failure to cooperate with the trustee as required in [11 U.S.C. §521(a)(3)(4). [11 U.S.C. §1307(c) "for cause"]   More specifically, Trustee requested and Debtor failed to provide the following:

a.) Profit and loss statements

b.) Business Case Questionnaire

**WHEREFORE**, the Trustee requests the court dismiss this case.

DATED:  12-26-19

/s/ Michael H. Meyer
Michael H. Meyer, Chapter 13 Trustee